CITY OF CORNING, Respondent, *v.* JAMES VINCENZO STIRPE et al., Respondents, and FELEMENA STIRPE, Individually and as Administratrix of the Estate of LOUIS STIRPE, Deceased, et al., Appellants.

Argued October 4, 1944; decided November 16, 1944.

*Charles H. Githler* for defendants-appellants.
*Claude V. Stowell* for defendants-respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.